FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 11 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

10-CV-02036-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN R.G. SMITH,

    Petitioner,

v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION, *et al.*,

    Respondents.

Case No. C10-2036-JLR

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss, Dkt. No. 13 is GRANTED, and this action is DISMISSED with prejudice;

3. Any pending motions are STRICKEN as MOOT; and

//

//

ORDER OF DISMISSAL - PAGE 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 11th day of May, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - PAGE 2